IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH ANDRE DADE, | ) |
| | ) Civil Action No. 04 - 1343 |
| Petitioner, | ) |
| | ) Judge Gary L. Lancaster / |
| vs. | ) Magistrate Judge Lisa Pupo Lenihan |
| | ) |
| DAVID DIGUGLIELMO, et al, | ) Doc. No. 9 |
| | ) |
| Respondents. | ) |

### ORDER

**IT IS HEREBY ORDERED** that Petitioner's Motion to Amend his Petition (Doc. No. 9) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

March 21, 2006

Lisa Pupo Lenihan
United States Magistrate Judge

CC:   Counsel of Record

Kenneth Andre Dade
EA-6297
SCI Graterford
PO Box 244
Graterford, PA 19426-0244